IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Delbert G. Rogers, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil Action No. 3:25-cv-2210-E-BN |
| Ruthie Garrett., | § § § | |
| *Defendants*. | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 20, 2025—(ECF No. 7). Plaintiff Rogers filed objections on September 16, 2025 (ECF No. 9). The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the complaint is **DISMISSED** with prejudice.

(*Signature Page Follows*)

**SO ORDERED.**

12th day of December, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE